THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM ZIEGLER, Respondent, *v.* CHARLES H. T. COLLIS, as Commissioner of Public Works of the City of New York, Appellant.

*People ex rel. Ziegler* v. *Collis*, 17 App. Div. 448, appeal dismissed.
(Argued February 27, 1899; decided March 7, 1899.)

MOTION to dismiss an appeal from a judgment, for costs, of the Appellate Division of the Supreme Court in the first judicial department, entered May 18, 1897, upon an order affirming, with costs and disbursements, an order of Special Term, granting a peremptory writ of mandamus.

The motion was made upon the ground that the appeal should have been taken from the order of affirmance and not from the judgment of affirmance.

*Ralph C. Miller* for motion.

No one opposed.

Motion granted, with costs.